UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22111-CIV-ALTONAGA/Seltzer

**ORLANDO SUAREZ**,

    Plaintiff,
v.

**S1 SECURITY GROUP INC.** and
**ROLANDO E. PALMA**,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. On August 14, 2018 [ECF No. 8], the Court ordered the parties to file certificates of interested parties and corporate disclosure statements by August 31, 2018. When Defendants, S1 Security Group Inc. and Rolando E. Palma, did not comply, the Court entered a second Order [ECF No. 14] requiring Defendants to comply by September 6, 2018. Remarkably, Defendants again have not complied.

Accordingly, it is

**ORDERED AND ADJUDGED** that Defendants and their counsel, Brian K. Mathis, shall appear before the Court on **Thursday, September 13, 2018, at 8:30 a.m.** to show cause why sanctions should not be imposed for their repeated failures to comply with Court Orders.

**DONE AND ORDERED** in Miami, Florida, this 7th day of September, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record