# EXHIBIT "B"

# The Law Office of Zandro E. Palma, P.A.

9100 South Dadeland Blvd., Suite 1500, Miami, Florida 33156
Tel: 305-446-1500 Fax: 305-446-1502 Email: info@thepalmalawgroup.com

## CONTINGENCY AGREEMENT FOR REPRESENTATION
## IN FAIR LABOR STANDARDS ACT ("F.L.S.A.") CASES

1. THIS AGREEMENT entered into on __5/25/18__, between __Orlando Juarez Toral__, hereinafter referred to as "CLIENT" and ZANDRO E. PALMA, P.A, hereinafter referred to as "ATTORNEY".

   **WITNESSETH**

2. The CLIENT retains the undersigned ATTORNEY to represent _____ (if other than the CLIENT, see acknowledgment at end of agreement) in __Miami Dade__ County, Florida, in regards to a **Fair Labor Standards Act ("F.L.S.A")** case against __S1 SECURITY GROUP__, pursuant to the *The Fair Labor Standards Act of 1938, as amended*, 29 U.S.C. §201, *et seq.*, and the CLIENT does hereby give to said ATTORNEY the exclusive right to take all legal steps to represent the CLIENT'S interests.

3. As compensation for legal services, CLIENT hereby agrees to pay ZANDRO E. PALMA, P.A. an amount based upon the total number of hours worked, in accordance with the guidelines set forth by the Federal Courts of the Southern and Middle Districts of Florida, with regards to cases of this type. CLIENT agrees to pay ATTORNEY for these "ATTORNEY'S FEES" contingent upon the positive outcome of the matter. If a recovery is made in this matter on the CLIENT'S behalf, CLIENT agrees to pay ATTORNEY as compensation for services rendered a sum based upon the following: **"ATTORNEY'S FEES":**

4. Attorney's Fee's represent the total number of hours worked by ATTORNEY. ATTORNEY'S hourly rate for out-of-court time is **$375.00** per hour and ATTORNEY'S hourly rate for in-court time cost is **$450.00** per hour, which would be due upon receipt of recovery.

5. It is understood and agreed that the ATTORNEY'S hourly rate for determination of a Court awarded fee or attorney's fee lien is **$375.00** per hour for out-of-court, and **$450.00** per hour for in-court time. CLIENT acknowledges that undersigned Counsel charges the above specified hourly rates for all time spent on this matter and that these hourly rates will be submitted to the Court for purposes of calculating attorney fee entitlement, as well as for Court approval.

6. In the event of a recovery through settlement, trial, or otherwise, Client will pay Lawyer attorneys' fees due and owing, which shall be the greater of:

a. The amount of attorney's fees applicable pursuant to statute or law, achieved through pre-suit settlement negotiations, port-suit settlement, trial or otherwise; OR

b. Forty (40%) percent of the amount of all damages and other monetary compensation settled or recovered in this action, including without limitation any attorneys' fees and costs and expenses recovered through settlement, trial, or otherwise.

**"COSTS":**

7. The CLIENT agrees to pay the necessary "COSTS" or expenses *separate and apart* from the "ATTORNEY'S FEES" outlined in paragraphs 4 and 5 above, as these expenses are incurred out-of-pocket, by the ATTORNEY, in furtherance of the CLIENT'S representation. Additionally, CLIENT will be responsible for a monthly fee of $25.00 to cover costs of copies, printing and mailing. These expenses may include but shall not be limited to court costs, computer research time, deposition costs, long distance phone calls, copying, investigators, witness fees, expert witnesses, court reporter expenses, travel expenses outside Dade County, and all other expenses the ATTORNEY considers reasonably necessary for the proper resolution in this action.

8. CLIENT shall pay a one-time non-refundable administrative fee of $150.00, due immediately upon execution of retainer agreement and/or contingency contract, for all costs associated with the opening of a Case File and the exhaustion of administrative procedures.

9. More specifically, CLIENT agrees to pay for the costs of investigation and evaluation, if applicable, and should it be necessary to institute suit, to pay for the costs of filing fees, service of process, and all other costs associated with the institution and litigation of the suit. It is understood and agreed that these costs are in addition to any attorneys' fees that may be owed at the conclusion of the case. CLIENT agrees to reimburse ZANDRO E. PALMA, P.A. for these costs at the conclusion of the case or termination of cause of action. ATTORNEY is authorized to incur on behalf of CLIENT such costs and expenses as are, in the Attorney's sole opinion, reasonably necessary to prosecute Client's Claims. Client understands and agrees that the payment of such costs and expenses are solely Client's obligation. ATTORNEY *may* require CLIENT to provide ATTORNEY with a cost deposit to pay for the costs and expenses which the ATTORNEY believes may be necessary for the investigation of the CLIENT'S claims and in furtherance of the representation. ATTORNEY may, however, in his discretion advance all or part of the costs and expenses. The client will pay for all costs and expenses incurred. "COSTS" shall include, but not be limited to, expenditures for filing fees, subpoenas, deposition, witness fees, investigation, expert witness fees, fees for medical records and reports, photographs, photocopying and long distance telephone calls, travel, parking, and all disbursements necessary for proper performance of the legal services to the client. It has been explained to the client, and the client understands, that "COSTS" are separate from attorney's fees. Although there is no responsibility on the part of the client to pay attorney's fees if there is no recovery, the same is not true for costs. In all instances where costs and expenses have been

advanced by ATTORNEY, the sums which have been advanced shall be deducted from the proceeds of settlement or judgment after the fee has been calculated and shall be reimbursed to ATTORNEY before any amount recovered is disbursed to CLIENT.

**PROVISIONS:**

10. <u>Discharge.</u>  If CLIENT discharges ATTORNEY prior to the conclusion of the representation, CLIENT will immediately pay the ATTORNEY costs and expenses advanced by ATTORNEY.  Thereafter, upon receipt of a closing statement, Client will immediately pay the attorney any and all "ATTORNEY'S FEES" incurred, in order to compensate the ATTORNEY for the reasonable value of the services performed by the ATTORNEY in furtherance of the CLIENT'S interest. Moreover, CLIENT agrees that ATTORNEY reserves the right to place an "ATTORNEY'S LIEN" on CLIENT'S case in order to secure payment of ATTORNEY'S FEES incurred to date.

11. <u>Abandonment of Case:</u> In the event the client decides for any reason whatsoever, to abandon his/her case, or wish to no longer continue with the prosecution of the action, CLIENT shall be immediately responsible for payment to the ATTORNEY of any and all "ATTORNEY'S FEES" and "COSTS" incurred to date. CLIENT shall also be immediately responsible for cooperating with the ATTORNEY in having the matter closed and executing any documents necessary for the proper closing of the case.

12. <u>Promises & Representations.</u>  CLIENT acknowledges that ATTORNEY has made no promises or guarantees to CLIENT as to the outcome of the case or determination of any claim except that ATTORNEY has promised to render his best professional skill in furtherance of the representation. Any and all statements relating to outcome, from time to time, are based solely upon facts known to ATTORNEYS at that time and are not intended as, nor should they be construed as, any such promise or guarantee. ATTORNEY agrees to make no compromise or settlement in this matter without the approval of the CLIENT. ATTORNEY agrees to notify CLIENT whenever an offer of settlement is received by ATTORNEY, and to inform CLIENT of the amount of that offer, and recommendation of the ATTORNEY as to its acceptability.

13. <u>Withdrawal (A).</u>  ATTORNEY may withdraw from further representation of the CLIENT pursuant to this agreement upon written notice by the ATTORNEY that the legal or factual bases of the claim is such that it is not advisable to proceed with the representation or if the CLIENT rejects a settlement proposal which is affirmatively recommended by the ATTORNEY.

14. <u>Withdrawal (B).</u>  At any time, if the ATTORNEY determines that it is not feasible to prosecute such claim and/or continue with such representation of CLIENT, upon court order, ATTORNEY may withdraw from my/our representation.

15. <u>Cancellation.</u>  This contract may be cancelled by written notification to the attorney at any time within three (3) business days of the date the contract was signed, as shown, and if cancelled within three business days of the date the contract was signed, the

CLIENT shall not be obligated to pay any fees to the ATTORNEY for the work performed during that time. If the attorney(s) advanced funds to others in representation of the CLIENT, the ATTORNEY is entitled to be reimbursed for such amounts as they have reasonably advanced on behalf of the client.

16. <u>Termination.</u> If the CLIENT should elect to terminate this agreement after three (3) business days, the CLIENT shall immediately pay all costs and expenses incurred by the ATTORNEY and will be liable to ATTORNEY for the reasonable value of the services performed by ATTORNEY which will be payable to ATTORNEY at the time that any recovery proceeds are disbursed to CLIENT.

17. The CLIENT has made and appointed, and hereby expressly grants "power of attorney" to ZANDRO E. PALMA, P.A. to endorse and deposit any checks in the client's name into a trust account and further authorizes the undersigned attorneys to deduct from the gross proceeds of any such recovery/settlement, judgment or otherwise, all attorney's fees, costs and expenses, and further authorizes said ATTORNEY to pay, if applicable, any and all liens from the client's share of the recovery. Any unpaid liens from creditors or other attorneys remain the client's obligations. CLIENT appoints ZANDRO E. PALMA, P.A. to be true and lawful attorney for him/her and in his/her name, place and stead giving and granting to ATTORNEY, general, full and unlimited power and authority to do and perform all and every act and thing whatsoever requisite necessary to be done in this cause of action as fully, to all intents and purposes as could be done if personally present, with full power of substitution and revocation, hereby ratifying and confirming all that said attorney shall lawfully do or cause to be done by virtue hereof.

In the event the LAW OFFICES OF ZANDRO E. PALMA, P.A is unable to communicate with client (ie., changed or disconnected telephone number, unresponsive to mail, unresponsive to e-mails, etc.), client authorizes ZANDRO E. PALMA, P.A to make decisions it deems to be in the best interest of client, including having the power of attorney and authority to enter into settlement agreements on behalf of CLIENT.

18. <u>Fully explained.</u> This Agreement has been fully explained to CLIENT. The CLIENT has read and fully understands this Agreement herein.

19. <u>Understanding of Client's Rights.</u> Further, the undersigned CLIENT has before signing this contract, received and read the *STATEMENT OF CLIENT'S RIGHTS*, and understands each of the rights set forth therein. The undersign CLIENT has signed the statement and received a signed copy to keep to refer to while being represented by the undersigned attorney.

20. <u>Enforcement Expenses.</u> If at any time it becomes necessary to enforce the contractual provisions, the undersigned CLIENT agrees to pay costs and attorney's fee and interest for prosecution of said suit.

21. <u>Co-counsel.</u>  ATTORNEY may, in its sole discretion and at its sole expense, employ associate and/or of counsel.  If attorney enters into any fee division agreement as a result of such consultation, client will be advised.

22. <u>Additional Services.</u>  This Agreement encompasses legal services to be rendered at the trial level and is exclusive of the preparation of post-trial briefs or services related to an appeal. If taking or responding to an appeal from a decision at that level or the performing of any other services is deemed advisable or appropriate by Attorneys and Client, an additional agreement respecting such services will be required. The legal services of attorney Zandro E. Palma will end at the conclusion of the trial in the subject case.

23. <u>Keeping Informed.</u>  Client shall deliver to Attorney all  documents and information relevant to Client's Claim in her possession or  under her control, and shall keep Attorney informed as to the status, change  and progress of: all employment, employment applications and job searches;  matters affecting her damages and injuries and proof of the underlying Claim;  and Client's address and telephone number(s). Client agrees that no information concerning this matter will be given to anyone other than to Attorneys and any associate counsel employed by Attorney. ATTORNEY shall advise CLIENT of any material change in the status of its Claims.

24. <u>3rd Party Representation.</u>  If the CLIENT is someone other than the person to be represented in fact then the CLIENT acknowledges and accepts his/her financial obligation incurred herein and further understands that the attorney will take all legal steps necessary to protect the interest of the person to be represented in fact.

25. <u>Statement of facts and circumstances.</u>  The facts and circumstances related by me to ZANDRO E. PALMA, P.A. concerning my claim and/or case are true and correct to my knowledge. ZANDRO E. PALMA, P.A. does not make any guarantees regarding the successful termination of client's claims or cause of action, but ZANDRO E. PALMA, P.A. will use its effort in attaining the successful completion of this matter.

THE ABOVE RETAINER AND CONTINGENCY AGREEMENT IS HEREBY ACCEPTED UPON THE TERMS STATED HEREIN.  THIS RETAINER AND CONTINGENCY AGREEMENT IS DATED this date _____.

X _O Suarez_
Client Signature
Print Name: _ORLANDO Suarez toral_

The above Retainer and Contingency agreement is hereby accepted upon the terms stated herein.

**ZANDRO E. PALMA, P.A.**
**9100 South Dadeland Blvd. Suite 1500**
**Miami FL 33156**
Telephone: (305) 446-1500
Facsimile:  (305) 446-1502

By: *Zandro E. Palma*

# ZANDRO E. PALMA, P.A.

**Detail Description of Scope of Representation:**

I, _____ , the CLIENT, have retained the legal services of ZANDRO E. PALMA, P.A., to be my ATTORNEY and legal counsel regarding my potential Fair Labor Standards Act ("F.L.S.A") case pursuant to the *The Fair Labor Standards Act of 1938, as amended*, 29 U.S.C. §201, *et seq.*,.

Details of what ZANDRO E. PALMA, P.A. will do for client:

Enforcement of CLIENT'S rights pursuant to the mandates of the F.L.S.A., including, but not limited to:

- Initial Intake and Consultation
- Preliminary Research and Investigation
- Drafting and Formulation of "Demand Letter"
- Pre-Suit Negotiation and Communications
- Institution of legal action in Federal Court
- Litigation
- Mediation
- Pre-Trial Procedure
- Trial

**I fully understand that the scope of representation is solely for the purpose detailed above.**

_____
**Client Signature**

5/25/18
_____
**Date of signing**

Page **6** of **12**

# The Law Offices of Zandro E. Palma, P.A.

9100 South Dadeland Blvd., Suite 1500, Miami, Florida 33156
Tel: 305-446-1500  Fax: 305-446-1502  Email: info@thepalmalawgroup.com

## STATEMENT OF CLIENT'S RIGHTS

Before you, the prospective client, arrange a contingency fee agreement with a lawyer, you should understand this statement of your rights as a client. This statement is not part of the actual contract between you and your lawyer, but as a prospective client you should be aware of these rights:

1. There is no legal requirement that a lawyer charge a client a set fee or a percentage of money recovered in a case. You, the client, have the right to talk with your lawyer about the proposed fee and bargain about rate or percentage as in any other contract. If you do not reach an agreement with one lawyer, you may talk with other lawyers.

2. Any contingency fee contract must be in writing and you have three (3) business days to reconsider the contract. You may cancel the contract without any reason if you notify your lawyer in writing within three (3) business days of signing the contract. If you withdraw from the contract within the first three (3) business days, you do not owe the lawyer a fee although you may be responsible for the lawyer's actual costs during that time. If your lawyer begins to represent you, your lawyer may not withdraw from the case without giving you notice, delivering necessary papers to you and allowing you time to employ another lawyer. Often, your lawyer must obtain court approval before withdrawing from the case. If you discharge your lawyer without good cause after the three day period, you may have to pay a fee for the work the lawyer has done.

3. Before hiring a lawyer, you, the client, have the right to know about the lawyer's education, training and experience. If you ask, the lawyer should tell you specifically about his or her actual experience dealing with cases similar to yours. If you ask, the lawyer should provide information about special training or knowledge and give you this information in writing if you request it.

4. Before signing a contingency fee contract with you, a lawyer must advise you whether he or she intends to handle your case alone or whether other lawyers will be helping with the case. If your lawyer intends to refer the case to other lawyers he or she should tell you what kind of fee sharing agreement will be made with the other lawyers. If lawyers from different law firms will represent you, at least one lawyer from each law firm must sign the contingency fee contract.

5. If your lawyer intends to refer your case to another lawyer or counsel with other lawyers, your lawyer should tell you about that at the beginning. If your lawyer takes the case and later decides to refer it to another lawyer or to associate with other lawyers, you should sign a new contract which includes the new lawyer. You, the client, also have the right to consult with each lawyer working on your case and each lawyer is legally responsible to represent your interests and is legally responsible for the acts of the lawyers involved in the case.

6. You, the client, have the right to know in advance how you will need to pay the expenses and legal fees at the end of the case. If you pay a deposit in advance for costs, you may ask reasonable questions about how the money will be or has been spent and how much of it remains unspent. Your lawyer should give a reasonable estimate about future necessary costs. If your lawyer agrees to lend or advance you money to prepare or research the case, you have the right to know periodically how much money your lawyer has spent on your behalf. You also have the right to decide, after consulting with your lawyer, how much money is to be spent to prepare a case. If you pay the expenses, you have the right to decide how much to spend. Your lawyer should also inform you whether the fee will be based on the gross amount recovered or the amount recovered minus the costs.

7. You, the client, have the right to be told by your lawyer about possible adverse consequences if you lose the case. Those adverse consequences might include money that you might have to pay to your lawyer for costs and liability you might have for attorney's fees, costs, and expenses to the other side.

8. You, the client, have the right to receive and approve a closing statement at the end of the case before you pay any money. The statement must list all of the financial details of the entire case, including the amount recovered, all expenses, and a precise statement of your lawyer's fee. Until you approve the closing statement, you need not pay any money to anyone, including your lawyer. You also have the right to have every lawyer or law firm working on your case sign this closing statement.

9. You, the client, have the right to ask your lawyer at reasonable intervals how the case is progressing and to have these questions answered to the best of your lawyer's ability.

10. You, the client, have the right to make the final decision regarding settlement of a case. Your lawyer must notify you of all offers of settlement before and after the trial. Offers during the trial must be immediately communicated and you should consult with your lawyer regarding whether to accept a settlement. However, you must make the final decision to accept or reject a settlement.

11. If at any time you, the client, believe that your lawyer has charged an excessive or illegal fee, you have the right to report the matter to The Florida Bar, the agency that oversees the practice and behavior of all lawyers in Florida. For information on how to reach The Florida Bar, call (850)561-5600, or contact the local bar association. Any

disagreement between you and your lawyer about a fee can be taken to court and you may wish to hire another lawyer to help you resolve this disagreement. Usually fee disputes must be handled in a separate lawsuit, unless your fee contract provides for arbitration. You can request, but not require, that a provision for arbitration (under Chapter 682, Florida Statutes, or under the fee arbitration rule of the Rules Regulating the Florida Bar) be included in your fee contract.

**DATED this** ____5/25/18____

_____          _____
**CLIENT SIGNATURE**                      **ATTORNEY SIGNATURE**

**I have reviewed this document and have had it translated to me from English to Spanish.**

_____
**CLIENT SIGNATURE**

**The Law Offices of Zandro E. Palma, P.A.**
9100 South Dadeland Blvd., Suite 1500, Miami, Florida 33156
Tel: 305-446-1500  Fax: 305-446-1502  Email: info@thepalmalawgroup.com

**WARRANTIES AND REPRESENTATIONS:**

**ATTN: CLIENT**

It is expressly understood that certain actions, hearings, decisions, determinations, opinions, and permissions may have occurred prior to your decision to retain The Law Offices of Zandro E. Palma, P.A. as legal counsel. The Law Offices of Zandro E. Palma, P.A. did not represent your interests in the proceedings before the signing of this contract.

You expressly agree and acknowledge that The Law Offices of Zandro E. Palma, P.A. has made no representation or warranty to you concerning the ultimate fees and costs that will be incurred representing you through the conclusion of this matter. Moreover, you further agree and acknowledge that The Law Offices of Zandro E. Palma, P.A. has made not representation or warranty to you concerning the likelihood of success in this matter.

The Law Offices of Zandro E. Palma, P.A. has been retained solely for the purpose of being your legal counsel and shall endeavor to protect your rights and interests by zealously advocating in an ethical and professional manner on your behalf.

The Law Offices of Zandro E. Palma, P.A. makes no promises as to the success of its efforts on your behalf. Furthermore, by retaining The Law Offices of Zandro E. Palma, P.A. as your attorney, you acknowledge that you are fully aware that this law firm and its attorneys, staff and personnel have made no promise or guarantee as to the outcome or result of the legal service to be provided or outcome to be attained. As such, you agree to hold this law firm, its attorneys, staff and personnel harmless for any outcome not to your satisfaction.

On behalf of the entire firm, we appreciate your confidence in us, and we assure you that we shall make every effort to perform our services for you in a prompt and efficient manner.

**THE FOREGOING HAS BEEN READ, UNDERSTOOD, AND AGREED TO by:**

_____     _____
**CLIENT**                                                         **DATE**

# AGREEMENT TO PAY ATTORNEY'S FEES AND <u>COSTS IN POST-JUDGMENT PROCEEDINGS</u>

I, _____, FULLY UNDERSTAND THAT THE JUDGE IN MY CASE HAS ENTERED A JUDGMENT FOR CERTAIN AMOUNTS OF MONEY IN MY FAVOR AND AGAINST THE DEFENDANT(S) IN MY CASE. I ALSO UNDERSTAND THAT THE DEFENDANT(S) IN MY CASE EITHER DO NOT WANT TO VOLUNTARILY PAY MY JUDGMENT, OR THEY DO NOT HAVE THE CASH TO PAY.

I WANT TO RECOVER AS MUCH AS I CAN FROM THE DEFENDANTS, BUT I UNDERSTAND THAT IN ORDER TO DO SO, I HAVE TO HIRE LAWYERS TO ENGAGE IN POST-JUDGMENT COLLECTION PROCEEDINGS, WHICH MAY INCLUDE GARNISHING ACCOUNTS, TAKING DEPOSITIONS, FREEZING ASSETS, LEVYING ON PROPERTY, SELLING PROPERTY, ETC.

ACCORDINGLY, I AGREE TO HIRE THE LAW OFFICES OF ZANDRO E. PALMA, P.A. AND ITS ASSOCIATING COLLECTIONS ATTORNEYS TO HELP ME COLLECT AS MUCH AS POSSIBLE ON MY JUDGMENT FROM THE DEFENDANT(S).

FOR THEIR SERVICES, I AGREE TO PAY (1) 40% OF ALL AMOUNTS RECOVERED PLUS COSTS, OR THE AMOUNT OF ATTORNEY'S FEES AND COSTS AWARDED IN THE JUDGMENT (WHICHEVER IS GREATER) TO THE LAW OFFICES OF ZANDRO E. PALMA, P.A.; (2) 15% OF ALL AMOUNTS RECOVERED TO ITS ASSOCIATING COLLECTIONS ATTORNEYS; AND (3) COST INCURRED IN ENFORCING AND EFFECTUATING COLLECTION PROCEDURES, WHICH MAY INCLUDE SHERIFF COSTS, STORAGE COSTS, ETC.

SIGNATURE: _____
NAME: _____
DATE: _____

**I have reviewed this document and have had it translated to me from English to Spanish.**

_____  _____
**CLIENT**                        **DATE**